# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNY R. KIEFER, executor of the Estate of Duane Frederick Miller; OLD TIME NOODLE HOUSE, a business of unknown form; and DOES 1-10,<br><br>    Defendants. | No.: 2:21-cv-04358-JAK-ADS<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS (DKT. 31)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation for Dismissal with Prejudice of All Defendants (the "Stipulation" (Dkt. 31)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41, Plaintiff Ed Hull's action against Defendants Kenny R. Kiefer, Executor of the Estate of Duane Frederick Miller, and Old Time Noodle House, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 20, 2021

John A. Kronstadt
United States District Judge